**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 14-35493 BJH Judge: Barbara J. Houser | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Date Filed (f) or Converted (c): | 11/12/14 (f) |
| | | 341(a) Meeting Date: | 12/23/14 |
| For Period Ending: | 10/08/15 | Claims Bar Date: | 03/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash | 58.03 | 0.00 | | 0.00 | FA |
| 2. Master Account No. 478172419 | 426,767.15 | 426,767.15 | | 426,767.15 | FA |
|   - Recovery over scheduled balance represents AR deposits received after schedules created | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
| 3. Operation Account No. 478172435 | 730.65 | 0.00 | | 0.00 | FA |
|   - Balance swept to Master Account | | | | | |
|   - Account closed | | | | | |
| 4. Payroll Account No. 478172427 | 0.00 | 0.00 | | 0.00 | FA |
|   - Account closed | | | | | |
| 5. Savings Account No. 304057443 | 0.00 | 1.11 | | 1.11 | FA |
|   - Account closed | | | | | |
| 6. Deposit - One Month Office Rent | 19,560.22 | 0.00 | | 0.00 | FA |
|   - Valid offset by landlord | | | | | |
| 7. Deposit - Trade Show | 17,800.00 | 0.00 | | 0.00 | FA |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
|   - Uncollectible per testimony at 341 meeting | | | | | |
| 8. 100% of Ocular Group Holding Company | Unknown | 0.00 | | 0.00 | FA |
|   - Incorporated, Port Louis, Mauritius | | | | | |
|   - No net value to estate | | | | | |
| 9. Accounts Receivable | 3,057,954.10 | 2,384,368.06 | | 2,384,368.06 | FA |
|   - $699K due from Ocular China and Ocular HK deemed uncollectible | | | | | |
|   - Estimate 70% value of balance | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
|   - Collections ongoing | | | | | |
| 10. Office Equip, Furnishings and Supplies | 192,718.97 | 138,912.74 | | 138,912.74 | FA |
|   - Sold at Auction per 1/9/2015 Order # 52 | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
|   - Order #123 abandons Promotional Exhibit | | | | | |
| 11. Inventory (in transit) | 227,208.78 | 170,085.35 | | 170,085.35 | FA |
|   - Sold to United Technologies per 11/24/14 Order docket 27 | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
| 12. Inventory (samples) | 135,851.17 | 0.00 | | 0.00 | FA |
|   - See # 10 above, included in Auction Sale Proceeds | | | | | |
| 13. Inventory (waiting shipment in Hong Kong) | 209,253.52 | 0.00 | | 0.00 | FA |
|   - Ocular China Co., Ltd. (China) and ODS (HK) Limited (Hong Kong) claim that inventory in Hong Kong and China | | | | | |

PFORM1

Ver: 18.05

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 14-35493 BJH Judge: Barbara J. Houser | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Date Filed (f) or Converted (c): | 11/12/14 (f) |
| | | 341(a) Meeting Date: | 12/23/14 |
| | | Claims Bar Date: | 03/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| not owned by debtor until payment received. | | | | | |
| - China and HK have sold inventory to pay expenses at their locations | | | | | |
| - No value to Ocular LCD bankruptcy estate | | | | | |
| 14. Inventory (in consignment) | 325,311.65 | 325,311.65 | | 325,311.65 | FA |
| - Sold to United Technologies per 11/24/14 Order docket 27 | | | | | |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| 15. Refunds (u) | 0.00 | 1,441.34 | | 6,254.84 | FA |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |

TOTALS (Excluding Unknown Values)    $4,613,214.24    $3,446,887.40    $3,451,700.90

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Claims Review and Objections
- Final Tax Returns
- Final Fee Apps

Initial Projected Date of Final Report (TFR): 11/12/15     Current Projected Date of Final Report (TFR): 11/12/15

PFORM1     Ver: 18.05