James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, Texas 75214
(214) 827-9112

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** TEXAS
### DALLAS **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OCULAR LCD, INC. | § | Case No. 14-35493 BJH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/12/2014 . The undersigned trustee was appointed on 11/12/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     3,452,267.40

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 126,151.43 |
| Bank service fees | 10,736.64 |
| Other payments to creditors | 2,731,318.25 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 584,061.08 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

        5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

        6.   The deadline for filing non-governmental claims in this case was  03/27/2015  and the deadline for filing governmental claims was  06/27/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

        7.   The Trustee's proposed distribution is attached as **Exhibit D**.

        8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 126,801.48 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

        The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 126,801.48 , for a total compensation of $ 126,801.48 [2] .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 140.20 , for total expenses of $ 140.20 [2].

        Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/22/2015                          By:/s/James W. Cunningham, Trustee
                                                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit A**

| Case No: | 14-35493 | BJH | Judge: Barbara J. Houser |
| Case Name: | OCULAR LCD, INC. | | |

For Period Ending: 10/22/15

Trustee Name: James W. Cunningham, Trustee

Date Filed (f) or Converted (c): 11/12/14 (f)

341(a) Meeting Date: 12/23/14

Claims Bar Date: 03/27/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Petty Cash | 58.03 | 0.00 | | 0.00 | FA |
| 2. Master Account No. 478172419 | 426,767.15 | 426,767.15 | | 426,767.15 | FA |
|   - Recovery over scheduled balance represents | | | | | |
|     AR deposits received after schedules created | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
| 3. Operation Account No. 478172435 | 730.65 | 0.00 | | 0.00 | FA |
|   - Balance swept to Master Account | | | | | |
|   - Account closed | | | | | |
| 4. Payroll Account No. 478172427 | 0.00 | 0.00 | | 0.00 | FA |
|   - Account closed | | | | | |
| 5. Savings Account No. 304057443 | 0.00 | 1.11 | | 1.11 | FA |
|   - Account closed | | | | | |
| 6. Deposit - One Month Office Rent | 19,560.22 | 0.00 | | 0.00 | FA |
|   - Valid offset by landlord | | | | | |
| 7. Deposit - Trade Show | 17,800.00 | 0.00 | | 0.00 | FA |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
|   - Uncollectible per testimony at 341 meeting | | | | | |
| 8. 100% of Ocular Group Holding Company | Unknown | 0.00 | | 0.00 | FA |
|   - Incorporated, Port Louis, Mauritius | | | | | |
|   - No net value to estate | | | | | |
| 9. Accounts Receivable | 3,057,954.10 | 2,384,368.06 | | 2,384,368.06 | FA |
|   - $699K due from Ocular China and Ocular HK | | | | | |
|     deemed uncollectible | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
| 10. Office Equip, Furnishings and Supplies | 192,718.97 | 138,912.74 | | 138,912.74 | FA |
|   - Sold at Auction per 1/9/2015 Order # 52 | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
|   - Order #123 abandons Promotional Exhibit | | | | | |
| 11. Inventory (in transit) | 227,208.78 | 170,085.35 | | 170,085.35 | FA |
|   - Sold to United Technologies per 11/24/14 Order docket 27 | | | | | |
|   - Subject to valid lien - HHEP-Ocular, LP | | | | | |
|   - Carve out for estate per 1/23/15 order #55 | | | | | |
| 12. Inventory (samples) | 135,851.17 | 0.00 | | 0.00 | FA |
|   - See # 10 above, included in Auction Sale Proceeds | | | | | |
| 13. Inventory (waiting shipment in Hong Kong) | 209,253.52 | 0.00 | | 0.00 | FA |
|   - Ocular China Co., Ltd. (China) and ODS (HK) Limited | | | | | |
|     (Hong Kong) claim that inventory in Hong Kong and | | | | | |
|     China | | | | | |
|     not owned by debtor until payment recevied. | | | | | |
|   - China and HK have sold inventory to pay expenses at | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     2

**Exhibit A**

Case No:        14-35493      BJH    Judge: Barbara J. Houser

Case Name:    OCULAR LCD, INC.

Trustee Name:    James W. Cunningham, Trustee

Date Filed (f) or Converted (c):      11/12/14 (f)

341(a) Meeting Date:        12/23/14

Claims Bar Date:        03/27/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| their locations | | | | | |
| - No value to Ocular LCD bankruptcy estate | | | | | |
| 14. Inventory (in consignment) | 325,311.65 | 325,311.65 | | 325,311.65 | FA |
| - Sold to United Technologies per 11/24/14 Order docket 27 | | | | | |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| 15. Refunds (u) | 0.00 | 1,441.34 | | 6,821.34 | FA |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $4,613,214.24      $3,446,887.40              $3,452,267.40          $0.00

(Total Dollar Amount

in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Final Tax Returns

Initial Projected Date of Final Report (TFR): 11/12/15        Current Projected Date of Final Report (TFR): 11/12/15

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

| | |
|---|---|
| Case No: | 14-35493  -BJH |
| Case Name: | OCULAR LCD, INC. |
| Taxpayer ID No: | *******4450 |
| For Period Ending: | 10/22/15 |

| | |
|---|---|
| Trustee Name: | James W. Cunningham, Trustee |
| Bank Name: | First National Bank - Vinita |
| Account Number / CD #: | *******1473  Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/14 | 9 | Intercomp USA, Inc. # 327739 | Accounts Receivable | 1121-000 | 13,200.00 | | 13,200.00 |
| 11/20/14 | 9 | Hitachi # 300636 | Accounts Receivable | 1121-000 | 41,272.00 | | 54,472.00 |
| 11/24/14 | 9 | Verathon # 243024 | Accounts Receivable | 1121-000 | 18,970.51 | | 73,442.51 |
| 12/03/14 | 11, 14 | United Technologoes Co. Wire Transfer 12/2/14 | Sale per 11/24/14 Order | 1129-000 | 495,397.00 | | 568,839.51 |
| 12/03/14 | 9 | Robertshaw # 40000942 | Accounts Receivable | 1121-000 | 3,100.00 | | 571,939.51 |
| 12/03/14 | 9 | 3M # 1000664277 | Accounts Receivable | 1121-000 | 11,000.00 | | 582,939.51 |
| 12/04/14 | 001001 | George Kwong 126 Devenshire Dr. Murphy, TX 75094 | Adm Pymt per L.B.R. 2015-1 5 hrs IT work @ $40 on 11/21 at Debtor office | 2420-000 | | 200.00 | 582,739.51 |
| 12/04/14 | 001002 | Brenda Wilson 433 E Polk Street #B Richardson, TX. 75081 | Adm Pymt per L.B.R. 2015-1 3.5 hrs @ $30 on 11/21 at Debtor office | 2420-000 | | 105.00 | 582,634.51 |
| 12/04/14 | 001003 | Jia Yu 1713 Mineral Springs Dr Allen, TX 75002 | Adm Pymt per L.B.R. 2015-1 3 hrs @ $30 on 11/21 at Debtor office | 2420-000 | | 90.00 | 582,544.51 |
| 12/05/14 | 2, 9 | Chase Bank C Ck 4555359639 | Bank Acct Turnover | 1129-000 | 741,245.43 | | 1,323,789.94 |
| 12/05/14 | 5 | Chase Bank C.Ck 4555359637 | Bank Acct Turnover | 1129-000 | 1.11 | | 1,323,791.05 |
| 12/05/14 | 9 | Kidde Safety # 255135 | Accounts Receivable | 1121-000 | 37,905.00 | | 1,361,696.05 |
| 12/05/14 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 22.55 | 1,361,673.50 |
| 12/08/14 | 001004 | George Kwong 126 Devenshire Dr. Murphy, TX 75094 | Adm Pymt per L.B.R. 2015-1 2.5 hrs  - 11/18 and 12/2 | 2420-000 | | 100.00 | 1,361,573.50 |
| 12/15/14 | 9 | Johnson Outdoors # 6039363 | Accounts Receivable | 1121-000 | 357,376.38 | | 1,718,949.88 |
| 12/15/14 | 001005 | Geaorge Adams and Co Ins Agcy, LLC 4501 Cartwright Road Suite 402 Missouri City, TX  77459 | Ch 7 Bond | 2300-000 | | 3,000.00 | 1,715,949.88 |
| 12/19/14 | 9 | Kidde Safety / Walter Kidde #255646 | Accounts Receivable | 1121-000 | 22,641.92 | | 1,738,591.80 |

Ver: 19.00

PFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

**Exhibit B**

| | |
|---|---|
| Case No: | 14-35493 -BJH |
| Case Name: | OCULAR LCD, INC. |
| Taxpayer ID No: | *******4450 |
| For Period Ending: | 10/22/15 |

| | |
|---|---|
| Trustee Name: | James W. Cunningham, Trustee |
| Bank Name: | First National Bank - Vinita |
| Account Number / CD #: | *******1473 Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/24/14 | 9 | American Board Assembly # 67297 | Accounts Receivable | 1121-000 | 4,682.40 | | 1,743,274.20 |
| 12/24/14 | 9 | Medco # 1022 | Accounts Receivable | 1121-000 | 8,140.00 | | 1,751,414.20 |
| 12/24/14 | 15 | TX Comptroller #132168718 | Refund | 1224-000 | 1,441.34 | | 1,752,855.54 |
| 01/08/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 1,446.26 | 1,751,409.28 |
| 01/26/15 | 9 | Johnson Outdoors # 6039745 | Accounts Receivable | 1121-000 | 130,923.02 | | 1,882,332.30 |
| 01/26/15 | 001006 | HHEP-Ocular, L.P. c/o Tim Springer FULBRIGHT & JAWORSKI, LLP 2200 Ross Avenue, Suite 2800 Dallas, Texas 75201 | Secured Lender Pymnt per 1/23 Order | 4210-000 | | 750,000.00 | 1,132,332.30 |
| 02/06/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 1,800.67 | 1,130,531.63 |
| 02/16/15 | 001007 | HHEP-Ocular, L.P. c/o Tim Springer Fulbright & Jaworski LLP 2200 Ross Avenue, Suite 2800 Dallas, Texas 75201-2784 | Secured Lender per 1/23/15 Order | 4210-000 | | 500,000.00 | 630,531.63 |
| 03/03/15 | 9 | AMX # 97536 | Accounts Receivable | 1121-000 | 30,000.00 | | 660,531.63 |
| 03/06/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 1,127.86 | 659,403.77 |
| 03/13/15 | 9 | Esterline #258423 | Accounts Receivable | 1121-000 | 7,584.98 | | 666,988.75 |
| 03/20/15 | 9 | Future Electronique, Inc. # 125 | Accounts Receivable | 1121-000 | 333.74 | | 667,322.49 |
| 03/20/15 | 9 | EF Johnson # 157770 | Accounts Receivable | 1121-000 | 28,092.00 | | 695,414.49 |
| 04/07/15 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 834.86 | 694,579.63 |
| 04/15/15 | 10 | Johnson Outdoors # 6040751 | Sale per ---- Order | 1129-000 | 7,500.00 | | 702,079.63 |
| 04/16/15 | 9 | UTC Fire & Security # 835263 | Accounts Receivable | 1121-000 | 286,441.37 | | 988,521.00 |
| 04/16/15 | 9 | UTC Fire & Security # 835262 | Accounts Receivable | 1121-000 | 11,144.58 | | 999,665.58 |
| 04/17/15 | 9 | Honeywell # 23904 | Accounts Receivable | 1121-000 | 44,642.59 | | 1,044,308.17 |
| 05/08/15 | | Transfer from Acct #*******1539 | Bank Funds Transfer | 9999-000 | 99,508.60 | | 1,143,816.77 |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 14-35493 -BJH |
| Case Name: | OCULAR LCD, INC. |

Taxpayer ID No: *******4450
For Period Ending: 10/22/15

| | |
|---|---|
| Trustee Name: | James W. Cunningham, Trustee |
| Bank Name: | First National Bank - Vinita |
| Account Number / CD #: | *******1473 Checking Account |

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,500,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/15 | 001008 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Secured Lender per 1/23/15 Order | 4210-000 | | 500,000.00 | 643,816.77 |
| 05/08/15 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 983.17 | 642,833.60 |
| 05/14/15 | 001009 | Rosen Systems, Inc.<br>2323 Langford Street<br>Dallas, TX 75208 | Auctioneer Exp per 5/12/15 Order | 3620-000 | | 9,099.00 | 633,734.60 |
| 06/05/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 877.36 | 632,857.24 |
| 06/27/15 | 001010 | Cavazos Hendricks Poirot & Smitham P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX 75202 | Atty Fees per 6/19 order docket 111 | 3210-000 | | 94,360.00 | 538,497.24 |
| 06/27/15 | 001011 | Cavazos Hendricks Poirot & Smitham P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX 75202 | Atty Exp per 6/19 order docket 1 | 3220-000 | | 5,558.82 | 532,938.42 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 650.32 | 532,288.10 |
| 07/27/15 | 9 | Sanmina Corp - Wire Transfer | Accounts Receivable - WT of 7/23 | 1121-000 | 19,286.56 | | 551,574.66 |
| 07/29/15 | 9 | JPMorgan Chase Bank - Wire Transfer<br>JPMORGAN CHASE BANK - WIRE TRANSFER<br>JPMORGAN CHASE BANK - WIRE TRANSFER | Accounts Receivable<br>    Memo Amount:        993,152.73<br>Accounts Receivable<br>    Memo Amount:      (      551.43 )<br>Service Charges - Total per Schedue | 1121-000<br>2600-000 | 992,601.30 | | 1,544,175.96 |
| 07/29/15 | 001012 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Secured Lender per 1/23/15 Order | 4210-000 | | 750,000.00 | 794,175.96 |
| 08/07/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 707.15 | 793,468.81 |
| 09/08/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 919.58 | 792,549.23 |
| 09/11/15 | 001013 | Minnesota Revenue<br>Mail Statino 1250<br>St. Paul, MN  55145-1250 | MN ID 2941439  Tax Yr 12-31-14<br>paymnet per L.B.R. 2015-1 | 2820-000 | | 92.00 | 792,457.23 |
| 09/24/15 | 15 | Chubb Fed Insurance Co #35765 | Refund | 1224-000 | 4,813.50 | | 797,270.73 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

PFORM24

Ver: 19.00

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

**Exhibit B**

| | |
|---|---|
| Case No: | 14-35493 -BJH |
| Case Name: | OCULAR LCD, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******4450 |
| For Period Ending: | 10/22/15 |

| | |
|---|---|
| Trustee Name: | James W. Cunningham, Trustee |
| Bank Name: | First National Bank - Vinita |
| Account Number / CD #: | *******1473  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 815.43 | 796,455.30 |
| 10/08/15 | 001014 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Final Secured Lender Payment<br>per 1/23/2015 Order | 4210-000 | | 211,360.72 | 585,094.58 |
| 10/22/15 | 15 | Munick Wilson Mandala #2823 | Atty Refund re Intellect Prop | 1224-000 | 566.50 | | 585,661.08 |
| 10/22/15 | 001015 | George Adams & Co., Ins Agency LLC | Ch 7 Bond Renewal | 2300-000 | | 1,600.00 | 584,061.08 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

**Exhibit B**

| | |
|---|---|
| Case No: | 14-35493  -BJH |
| Case Name: | OCULAR LCD, INC. |
| | |
| Taxpayer ID No: | *******4450 |
| For Period Ending: | 10/22/15 |

| | |
|---|---|
| Trustee Name: | James W. Cunningham, Trustee |
| Bank Name: | First National Bank - Vinita |
| Account Number / CD #: | *******1539  Checking - Auction Proceeds |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/09/15 | | Rosen Systems Inc # 4265 | Auction Sale Proceeds | | 119,466.13 | | 119,466.13 |
| | 10 | ROSEN SYSTEMS INC # 4265 | Memo Amount:        131,412.74 | 1129-000 | | | |
| | | | Auction Sale Proceeds | | | | |
| | | ROSEN SYSTEMS, INC. | Memo Amount:     (    11,946.61 ) | 3610-000 | | | |
| | | | Auctioneer Fee | | | | |
| 03/24/15 | 006001 | Dallas County c/o Sherrel K Knighton Linebarger Goggan Blair & Sampson,LLP 2777 N Stemmons Freeway Suite 1000 Dallas, Tx 75207 | Secured Tax Claim Pymt per Order 78 | 4800-000 | | 10,505.90 | 108,960.23 |
| 03/24/15 | 006002 | Richardson ISD c/o Perdue Brandon Fielder et al 500 E Border St, Ste 640 Arlington, TX 76010 | Secured Tax Claim Pymt per Order 78 | 4800-000 | | 9,451.63 | 99,508.60 |
| 05/08/15 | | Transfer to Acct #*******1473 | Bank Funds Transfer | 9999-000 | | 99,508.60 | 0.00 |

**Total Of All Accounts    584,061.08**

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                    Date: October 22, 2015

Case Number:   14-35493                          Claim Class Sequence
Debtor Name:   OCULAR LCD, INC.

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001 3620-00 | Rosen Systems, Inc. 2323 Langford Street Dallas, TX 75208 | Administrative Auctioneer Exp per 5/12/15 Order # 95 | $0.00 | $9,099.00 | $9,099.00 |
| 001 3610-00 | Rosen Systems, Inc. 2323 Langford Street Dallas, TX 75208 | Administrative Auctioneer Fees per 5/12/15 Order # 95 | $0.00 | $11,946.61 | $11,946.61 |
| 001 3210-00 | Cavazos Hendricks Poirot & Smitham P.C. 900 Jackson, Suite 570 Founders Square Dallas, TX 75202 | Administrative Atty Fees per 6/19/15 Order  - $94,360.00 2nd Fee App filed 10/15/15 - $30,142.00 | $0.00 | $124,502.00 | $124,502.00 |
| 001 3220-00 | Cavazos Hendricks Poirot & Smitham P.C. 900 Jackson, Suite 570 Founders Square Dallas, TX 75202 | Administrative Atty Exp per 6/19/15 Order - $ 5,558.82 2nd Fee App filed 10/15/15 - $2,686.65 | $0.00 | $8,245.47 | $8,245.47 |
| 001 3410-00 | Lain, Faulkner & Co., P.C. 400 N. St. Paul, Suite 600 Dallas, TX 75201 | Administrative Per 10/15/15 Fee App | $0.00 | $71,257.50 | $71,257.50 |
| 001 3420-00 | Lain, Faulkner & Co., P.C. 400 N. St. Paul, Suite 600 Dallas, TX 75201 | Administrative Per 10/15/15 Fee App | $0.00 | $497.99 | $497.99 |
| 999 2820-00 | Texas Sec. of State P.O. Box 13697 Austin, Texas 78711-3697 | Administrative Filing fee for certificate of termination | $0.00 | $40.00 | $40.00 |
| 999 2820-00 | Delaware Dept of State Division of Corporations PO Box 898 Dover, DE 19903 | Administrative Certificate of Dissolution | $0.00 | $204.00 | $204.00 |
| 31 999 2820-00 | Tennessee Department of Revenue c/o Attorney General P.O. Box 20207 Nashville, TN 37202-0207 | Administrative Post-petition priority tax assessment Withdrawn per 10/9/15 docket # 129 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Administrative | | $0.00 | $225,792.57 | $225,792.57 |
| 24 058 5800-00 | U.S. Customs and Border Protection Attn: Revenue Division, Bankruptcy Team 6650 Telecom Dr., Suite 100 Indianapolis, IN 46278 | Priority Unliquidated/contingent duties, fees and other charges | $0.00 | $0.00 | $0.00 |
| 25P 053 5300-01 | Quantum Marketing, Inc. Jeff Shaner 3029 Lattyes Lane Raleigh, NC 27613 | Priority Acct **** 2121 | $0.00 | $12,475.00 | $12,475.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                           Date: October 22, 2015

Case Number:   14-35493                              Claim Class Sequence
Debtor Name:   OCULAR LCD, INC.

| Code # | Creditor Name & Address | Claim Class     Notes | Scheduled | Claimed | Allowed |
|--------|-------------------------|-----------------------|-----------|---------|---------|
| 28P 053 5300-00 | Paul K. Massey 3611 Moroney Dr Richardson, TX 75082-2646 | Priority per amended claim filed 9/14/15 | $0.00 | $12,475.00 | $12,475.00 |
| 29P 053 5300-00 | James Spisak 6109 Eagle Nest Dr Garland, TX 75044 | Priority per 3rd amended claim , 29-3 | $0.00 | $12,475.00 | $12,475.00 |
| 30 053 5300-00 | James Spisak 6109 Eagle Nest Dr Garland, TX 75044 | Priority Withdrawn per pleading 126 | $0.00 | $0.00 | $0.00 |
| 32P 058 5800-00 | Tennessee Department of Revenue c/o Attorney General P.O. Box 20207 Nashville, TN 37202-0207 | Priority Withdrawn per 10/9/15 docket # 129 | $0.00 | $0.00 | $0.00 |
| 35P 058 5800-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Priority | $0.00 | $1,150,410.17 | $1,150,410.17 |
| | Subtotal for Class Priority | | $0.00 | $1,187,835.17 | $1,187,835.17 |
| 02 070 7100-00 | Level 3 Communications, LLC Attn: Legal Dept. (BKY) 102 Eldorado Blvd. Broomfield, CO 80021 | Unsecured Acct 0205214210 | $0.00 | $393.10 | $393.10 |
| 03 070 7100-00 | sy kessler sales inc. 10455 Olympic Drive Dallas, TX 75220 | Unsecured Acct ******* 8240 | $0.00 | $1,179.00 | $1,179.00 |
| 04 070 7100-00 | EuropTec USA Inc. 423 Tuna Street Clarksburg, WV 26301 | Unsecured Acct ******* 0138 | $0.00 | $16,900.00 | $16,900.00 |
| 05 070 7100-00 | EuropTec USA Inc. 423 Tuna Street Clarksburg, WV 26301 | Unsecured Acct ******* 0138 Duplicate of claim 4 with docuemnts | $0.00 | $16,900.00 | $16,900.00 |
| 06 070 7100-00 | ROBERT CARDWELL DESIGN 4236 FRYER STREET THE COLONY, TX 75056 | Unsecured | $0.00 | $5,953.76 | $5,953.76 |
| 07 070 7100-00 | SOONEST EXPRESS INC. 755 PORT AMERICA PLACE SUITE 345 GRAPEVINE, TX 76051 | Unsecured Acct: OCUL | $0.00 | $6,437.34 | $6,437.34 |
| 08 070 7100-00 | Rochester Electronics LLC 16 Malcolm Hoyt Drive Newburyport, MA 01950 | Unsecured Acct : UOOO | $0.00 | $429.00 | $429.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: October 22, 2015 |

Case Number: 14-35493  
Debtor Name: OCULAR LCD, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 09 070 7100-00 | John Wiley & Sons Inc 1 Wiley Drive Somerset, NJ 08873-1272 | Unsecured Acct: ********* 7624 | $0.00 | $1,857.25 | $1,857.25 |
| 10 070 7100-00 | Digi-Key Corporation P.O. Box 677 Thief River Falls, MN 56701 | Unsecured Acct : ****** 38792 | $0.00 | $578.55 | $578.55 |
| 11 070 7100-00 | INTELINET SYSTEMS 1110 E. Collins Blvd. Suite 122 Richardson, TX 75081 | Unsecured | $0.00 | $275.82 | $275.82 |
| 12 070 7100-00 | INTELINET SYSTEMS 1110 E. Collins Blvd. Suite 122 Richardson, TX 75081 | Unsecured Duplicate of claim 11 | $0.00 | $275.82 | $275.82 |
| 13 070 7100-00 | CIRQUE CORPORATION 2463 SOUTH 3850 WEST, SUITE A SALT LAKE CITY, UT 84120-2916 | Unsecured Acct No ***** 6401 | $0.00 | $6,520.00 | $6,520.00 |
| 14 070 7100-00 | Abrisa Industrial Glass Inc 200 South Hallock Drive Santa Paula, CA 93060-9646 | Unsecured Acct No ***** 2610 | $0.00 | $3,001.68 | $3,001.68 |
| 15 070 7100-00 | Branch Banking & Trust Company Bankruptcy Section / 100-50-01-51 PO Box 1847 Wilson, NC 27894-1847 | Unsecured Acct **** 9474 | $0.00 | $57,406.85 | $57,406.85 |
| 16 070 7100-00 | Branch Banking & Trust Company Bankruptcy Section / 100-50-01-51 PO Box 1847 Wilson, NC 27894-1847 | Unsecured Acct ***** 9581 | $0.00 | $3,037.02 | $3,037.02 |
| 18 070 7100-90 | Hicks Holdings Operating, LLC Christina Weaver Vest 100 Crescent Court, Suite 1200 Dallas, TX 75201 | Unsecured | $0.00 | $901,241.86 | $901,241.86 |
| 19 070 7100-00 | UBM LLC dba UBM Tech 1983 Marcus Avenue, Ste. 250 Lake Success, NY 11042 | Unsecured Acct ***** 5398 | $0.00 | $2,000.00 | $2,000.00 |
| 20 070 7100-00 | Magnolia Advanced Materials, Inc. 5547 Peachtree Blvd. Chamblee, GA 30341 | Unsecured Acct : OCUL / OCULA001 | $0.00 | $21,116.78 | $21,116.78 |
| 21 070 7100-00 | ARROW ELECTRONICS, INC. P. O. Box 951597 Dallas, TX 75395-1597 | Unsecured Acct ***** 8346 | $0.00 | $30,210.40 | $30,210.40 |
| 23 070 7100-00 | Avnet, Inc. 5400 Prairie Stone Pkwy Hoffman Estates, IL 60192 | Unsecured Acct  H040934 | $0.00 | $2,178.44 | $2,178.44 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 22, 2015 |

Case Number: 14-35493  
Debtor Name: OCULAR LCD, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 25U 070 7100-00 | Quantum Marketing, Inc. Jeff Shaner 3029 Lattyes Lane Raleigh, NC 27613 | Unsecured Acct **** 2121 | | $0.00 | $36,591.43 | $36,591.43 |
| 26 070 7100-00 | WKK TECHNOLOGY LIMITED 17-F, OCTA TOWER NO.8 LAM CHAK STREET Hong Kong | Unsecured | | $0.00 | $40,085.64 | $40,085.64 |
| 27 070 7100-00 | FedEx TechConnect, Inc. Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd. Module G, 3rd Floor Memphis, TN 38116 | Unsecured Acct **** 8436 | | $0.00 | $5,315.12 | $5,315.12 |
| 28U 070 7100-00 | Paul K. Massey 3611 Moroney Dr Richardson, TX 75082-2646 | Unsecured per amended claim filed 9/14/15 | | $0.00 | $158,825.00 | $158,825.00 |
| 29U 070 7100-00 | James Spisak 6109 Eagle Nest Dr Garland, TX 75044 | Unsecured per 3rd amended claim , 29-3 | | $0.00 | $165,413.52 | $165,413.52 |
| 32U 070 7100-00 | Tennessee Department of Revenue c/o Attorney General P.O. Box 20207 Nashville, TN 37202-0207 | Unsecured Withdrawn per 10/9/15 docket # 129 | | $0.00 | $0.00 | $0.00 |
| 33 070 7100-00 | Promate Solution Corporation 1/F, No. 30 Sec1 Huan Shan Road Neihu District, Taipei 11442 Taiwan | Unsecured Acct **** 0002 | | $0.00 | $9,250.00 | $9,250.00 |
| 34 070 7100-00 | Liquid Logic, LLC Attn: Mark Latham 2620 N. Terrace Way Boise, ID 83702 | Unsecured | | $0.00 | $12,595.00 | $12,595.00 |
| 35U 070 7100-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $11,521,488.00 | $11,521,488.00 |
| 36 070 7100-00 | Oracle America, Inc. c/o Shawn M. Christianson Buchalter Nemer 55 2nd St., 17th Fl. San Francisco, CA 94105 | Unsecured | | $0.00 | $1,752.03 | $1,752.03 |
| 37 070 7100-00 | Quarz AG Wiesenstrasse 2 Monchaltord, CH-8617 Switzerland | Unsecured | | $0.00 | $4,845.74 | $4,845.74 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 5

Date: October 22, 2015

Case Number: 14-35493
Debtor Name: OCULAR LCD, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 38<br>070<br>7100-00 | Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>Attn: Michael P. Cooley | Unsecured | | $0.00 | $238,337.80 | $238,337.80 |
| 39<br>070<br>7100-00 | Johnson Outdoors Marine Electronics,<br>Inc.<br>c/o Peter C. Blain, Esq.<br>Reinhart Boerner Van Deuren S.C.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202 | Unsecured | | $0.00 | $491,782.00 | $491,782.00 |
| 40<br>070<br>7100-00 | Philips Healthcare<br>c/o Bruce Borrus<br>Riddell Williams P.S.<br>1001 Fourth Ave, Suite 4500<br>Seattle, WA 98154 | Unsecured<br>Acct **** 2349 | | $0.00 | $5,100,000.00 | $5,100,000.00 |
| 41<br>070<br>7100-00 | Microchip Technology Ireland<br>c/o Microchip Technology<br>Incorporated<br>2355 W. Chandler Blvd.<br>ATTN Legal MS-8B<br>Chandler, AZ 85224-6199 | Unsecured<br>Acct ***** 8868 | | $0.00 | $31,435.76 | $31,435.76 |
| | Subtotal for Class Unsecured | | | $0.00 | $18,895,609.71 | $18,895,609.71 |
| 01<br>050<br>4800-00 | Richardson ISD<br>c/o Perdue Brandon Fielder et al<br>500 E Border St, Ste 640<br>Arlington, TX 76010 | Secured<br>Taxpayer ID 23583<br>Secured Tax Claim Paid per Order 78 | | $0.00 | $9,266.31 | $9,451.63 |
| 17<br>050<br>4210-00 | HHEP-Ocular, L.P.<br>CO Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Secured<br>Secured Lender per 1/23/15 Order | | $0.00 | $9,455,407.96 | $9,455,407.96 |
| 22<br>050<br>4800-00 | Dallas County<br>c/o Sherrel K Knighton<br>Linebarger Goggan Blair &<br>Sampson,LLP<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, Tx 75207 | Secured<br>Secured Tax Claim Paid per Order 78 | | $0.00 | $10,101.83 | $10,505.90 |
| | Subtotal for Class Secured | | | $0.00 | $9,474,776.10 | $9,475,365.49 |
| | Case Totals: | | | $0.00 | $29,784,013.55 | $29,784,602.94 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-35493 BJH
Case Name: OCULAR LCD, INC.
Trustee Name: James W. Cunningham, Trustee

Balance on hand $ 584,061.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01 | Richardson ISD c/o Perdue Brandon Fielder et al 500 E Border St, Ste 640 Arlington, TX 76010 | $ 9,266.31 | $ 9,451.63 | $ 9,451.63 | $ 0.00 |
| 17 | HHEP-Ocular, L.P. CO Timothy Springer 2200 Ross Avenue, Suite 2800 Dallas, TX 75201 | $ 9,455,407.96 | $ 9,455,407.96 | $ 2,711,360.72 | $ 0.00 |
| 22 | Dallas County c/o Sherrel K Knighton Linebarger Goggan Blair & Sampson,LLP 2777 N Stemmons Freeway Suite 1000 Dallas, Tx 75207 | $ 10,101.83 | $ 10,505.90 | $ 10,505.90 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 584,061.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: James W. Cunningham, Trustee | $    126,801.48 | $    0.00 | $    126,801.48 |
| Trustee Expenses: James W. Cunningham, Trustee | $    140.20 | $    0.00 | $    140.20 |
| Attorney for Trustee Fees: Cavazos Hendricks Poirot & Smitham  P.C. | $    124,502.00 | $    94,360.00 | $    30,142.00 |
| Attorney for Trustee Expenses: Cavazos Hendricks Poirot & Smitham  P.C. | $    8,245.47 | $    5,558.82 | $    2,686.65 |
| Accountant for Trustee Fees: Lain, Faulkner & Co., P.C. | $    71,257.50 | $    0.00 | $    71,257.50 |
| Accountant for Trustee Expenses: Lain, Faulkner & Co., P.C. | $    497.99 | $    0.00 | $    497.99 |
| Auctioneer Fees: Rosen Systems, Inc. | $    11,946.61 | $    11,946.61 | $    0.00 |
| Auctioneer Expenses: Rosen Systems, Inc. | $    9,099.00 | $    9,099.00 | $    0.00 |
| Other: Texas Sec. of State | $    40.00 | $    0.00 | $    40.00 |
| Other: Delaware Dept of State | $    204.00 | $    0.00 | $    204.00 |
| Other: Tennessee Department of Revenue | $    0.00 | $    0.00 | $    0.00 |

Total to be paid for chapter 7 administrative expenses        $        231,769.82

Remaining Balance        $        352,291.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,191,103.11  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | U.S. Customs and Border Protection Attn: Revenue Division, Bankruptcy Team 6650 Telecom Dr., Suite 100 Indianapolis, IN 46278 | $ 0.00 | $ 0.00 | $ 0.00 |
| 25P | Quantum Marketing, Inc. Jeff Shaner 3029 Lattyes Lane Raleigh, NC 27613 | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 28P | Paul K. Massey 3611 Moroney Dr Richardson, TX 75082-2646 | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 30 | James Spisak 6109 Eagle Nest Dr Garland, TX 75044 | $ 0.00 | $ 0.00 | $ 0.00 |
| 32P | Tennessee Department of Revenue c/o Attorney General P.O. Box 20207 Nashville, TN 37202-0207 | $ 0.00 | $ 0.00 | $ 0.00 |
| 35P | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | $ 1,150,410.17 | $ 0.00 | $ 311,598.32 |
| 29P | James Spisak 6109 Eagle Nest Dr Garland, TX 75044 | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,546.90 | $ 0.00 | $ 1,546.90 |
| AUTO | INTERNAL REVENUE SERVICE | $ 873.26 | $ 0.00 | $ 873.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | $ 361.78 | $ 0.00 | $ 361.78 |
| AUTO | Texas Workforce Commission Tax Dept. Collection Section Bankruptcy Room 556-A Austin, TX 78778-0001 | $ 486.00 | $ 0.00 | $ 486.00 |

Total to be paid to priority creditors     $_____352,291.26

Remaining Balance     $_____0.00


    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 18,895,609.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | Level 3 Communications, LLC Attn: Legal Dept. (BKY) 102 Eldorado Blvd. Broomfield, CO 80021 | $ 393.10 | $ 0.00 | $ 0.00 |
| 03 | sy kessler sales inc. 10455 Olympic Drive Dallas, TX 75220 | $ 1,179.00 | $ 0.00 | $ 0.00 |
| 04 | EuropTec USA Inc. 423 Tuna Street Clarksburg, WV 26301 | $ 16,900.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 05 | EuropTec USA Inc. 423 Tuna Street Clarksburg, WV 26301 | $ 16,900.00 | $ 0.00 | $ 0.00 |
| 06 | ROBERT CARDWELL DESIGN 4236 FRYER STREET THE COLONY, TX 75056 | $ 5,953.76 | $ 0.00 | $ 0.00 |
| 07 | SOONEST EXPRESS INC. 755 PORT AMERICA PLACE SUITE 345 GRAPEVINE, TX 76051 | $ 6,437.34 | $ 0.00 | $ 0.00 |
| 08 | Rochester Electronics LLC 16 Malcolm Hoyt Drive Newburyport, MA 01950 | $ 429.00 | $ 0.00 | $ 0.00 |
| 09 | John Wiley & Sons Inc 1 Wiley Drive Somerset, NJ 08873-1272 | $ 1,857.25 | $ 0.00 | $ 0.00 |
| 10 | Digi-Key Corporation P.O. Box 677 Thief River Falls, MN 56701 | $ 578.55 | $ 0.00 | $ 0.00 |
| 11 | INTELINET SYSTEMS 1110 E. Collins Blvd. Suite 122 Richardson, TX 75081 | $ 275.82 | $ 0.00 | $ 0.00 |
| 12 | INTELINET SYSTEMS 1110 E. Collins Blvd. Suite 122 Richardson, TX 75081 | $ 275.82 | $ 0.00 | $ 0.00 |
| 13 | CIRQUE CORPORATION 2463 SOUTH 3850 WEST, SUITE A SALT LAKE CITY, UT 84120-2916 | $ 6,520.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Abrisa Industrial Glass Inc 200 South Hallock Drive Santa Paula, CA 93060-9646 | $           3,001.68 | $                0.00 | $                0.00 |
| 15 | Branch Banking & Trust Company Bankruptcy Section / 100-50-01-51 PO Box 1847 Wilson, NC 27894-1847 | $         57,406.85 | $                0.00 | $                0.00 |
| 16 | Branch Banking & Trust Company Bankruptcy Section / 100-50-01-51 PO Box 1847 Wilson, NC 27894-1847 | $           3,037.02 | $                0.00 | $                0.00 |
| 18 | Hicks Holdings Operating, LLC Christina Weaver Vest 100 Crescent Court, Suite 1200 Dallas, TX 75201 | $       901,241.86 | $                0.00 | $                0.00 |
| 19 | UBM LLC dba UBM Tech 1983 Marcus Avenue, Ste. 250 Lake Success, NY 11042 | $           2,000.00 | $                0.00 | $                0.00 |
| 20 | Magnolia Advanced Materials, Inc. 5547 Peachtree Blvd. Chamblee, GA 30341 | $         21,116.78 | $                0.00 | $                0.00 |
| 21 | ARROW ELECTRONICS, INC. P. O. Box 951597 Dallas, TX 75395-1597 | $         30,210.40 | $                0.00 | $                0.00 |
| 23 | Avnet, Inc. 5400 Prairie Stone Pkwy Hoffman Estates, IL 60192 | $           2,178.44 | $                0.00 | $                0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | WKK TECHNOLOGY LIMITED 17-F, OCTA TOWER NO.8 LAM CHAK STREET Hong Kong | $          40,085.64 | $             0.00 | $             0.00 |
| 27 | FedEx TechConnect, Inc. Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd. Module G, 3rd Floor Memphis, TN 38116 | $            5,315.12 | $             0.00 | $             0.00 |
| 29U | James Spisak 6109 Eagle Nest Dr Garland, TX 75044 | $        165,413.52 | $             0.00 | $             0.00 |
| 33 | Promate Solution Corporation 1/F, No. 30 Sec1 Huan Shan Road Neihu District, Taipei 11442 Taiwan | $            9,250.00 | $             0.00 | $             0.00 |
| 34 | Liquid Logic, LLC Attn: Mark Latham 2620 N. Terrace Way Boise, ID 83702 | $          12,595.00 | $             0.00 | $             0.00 |
| 36 | Oracle America, Inc. c/o Shawn M. Christianson Buchalter Nemer 55 2nd St., 17th Fl. San Francisco, CA 94105 | $            1,752.03 | $             0.00 | $             0.00 |
| 37 | Quarz AG Wiesenstrasse 2 Monchaltord, CH-8617 Switzerland | $            4,845.74 | $             0.00 | $             0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 38 | Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>Attn: Michael P. Cooley | $        238,337.80 | $            0.00 | $            0.00 |
| 39 | Johnson Outdoors Marine Electronics, Inc.<br>c/o Peter C. Blain, Esq.<br>Reinhart Boerner Van Deuren S.C.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202 | $        491,782.00 | $            0.00 | $            0.00 |
| 40 | Philips Healthcare<br>c/o Bruce Borrus<br>Riddell Williams P.S.<br>1001 Fourth Ave, Suite 4500<br>Seattle, WA 98154 | $     5,100,000.00 | $            0.00 | $            0.00 |
| 35U | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | $   11,521,488.00 | $            0.00 | $            0.00 |
| 25U | Quantum Marketing, Inc.<br>Jeff Shaner<br>3029 Lattyes Lane<br>Raleigh, NC 27613 | $          36,591.43 | $            0.00 | $            0.00 |
| 28U | Paul K. Massey<br>3611 Moroney Dr<br>Richardson, TX 75082-2646 | $        158,825.00 | $            0.00 | $            0.00 |
| 32U | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | $                0.00 | $            0.00 | $            0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 41 | Microchip Technology Ireland c/o Microchip Technology Incorporated 2355 W. Chandler Blvd. ATTN Legal MS-8B Chandler, AZ 85224-6199 | $          31,435.76 | $              0.00 | $              0.00 |

Total to be paid to timely general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE