UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Ocular LCD, Inc.  
§  
§ Case No.: 14-35493-bjh7  
§ Chapter No.: 7  
Debtor(s) §

Dear Trustee:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☑ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No-Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☐ Other:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 30 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 9/13/17

FOR THE COURT:  
Jed G. Weintraub, Clerk of Court

by: /s/David Huffman, Deputy Clerk  
david_huffman@txnb.uscourts.gov

9/26/17    Status:

① $826.26 currently in trustee account

② State of Delaware processed a Refund Request on 9/20/17 for $11,308.59 - Bankruptcy Estate should receive funds in approx. 30 days.

③ All funds will go to IRS claim #35 P.

④ Amended TFR will be submitted to UST once funds received.

