James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, Texas 75214
(214) 827-9112

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OCULAR LCD, INC. | § | Case No. 14-35493 BJH |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James W. Cunningham, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 383,253.59 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 3,094,271.70 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 369,431.34 | |

3) Total gross receipts of $ 3,463,703.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,463,703.04 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 9,474,776.10 | $ 9,475,365.49 | $ 2,740,096.56 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 369,391.34 | 369,391.34 | 369,431.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,773,719.08 | 1,198,376.03 | 1,198,460.03 | 354,175.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,763.09 | 18,895,609.71 | 18,895,609.71 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 16,908,482.17 | $ 29,938,153.18 | $ 29,938,826.57 | $ 3,463,703.04 |

4)  This case was originally filed under chapter 7 on 11/12/2014 . The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2018           By: /s/James W. Cunningham, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 2,069,889.78 |
| Master Account No. 478172419 | 1129-000 | 426,767.15 |
| Savings Account No. 304057443 | 1129-000 | 1.11 |
| Accounts Receivable | 1129-000 | 314,478.28 |
| Office Equip, Furnishings and Supplies | 1129-000 | 138,912.74 |
| Inventory (in transit) | 1129-000 | 170,085.35 |
| Inventory (in consignment) | 1129-000 | 325,311.65 |
| Refunds | 1224-000 | 18,256.98 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,463,703.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | See Schedule D-1 | | 0.00 | NA | NA | 0.00 |
| 17 | HHEP-OCULAR, L.P. | 4210-000 | NA | 9,455,407.96 | 9,455,407.96 | 2,720,139.03 |
| 22 | DALLAS COUNTY | 4800-000 | NA | 10,101.83 | 10,505.90 | 10,505.90 |
| 01 | RICHARDSON ISD | 4800-000 | NA | 9,266.31 | 9,451.63 | 9,451.63 |
| TOTAL SECURED CLAIMS | | | $ 0.00 | $ 9,474,776.10 | $ 9,475,365.49 | $ 2,740,096.56 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JIM CUNNINGHAM & ASSOC., INC. | 2100-000 | NA | 127,144.55 | 127,144.55 | 127,144.55 |
| JIM CUNNINGHAM & ASSOC., INC. | 2200-000 | NA | 190.58 | 190.58 | 190.58 |
| GEORGE ADAMS & CO., INS AGENCY LLC | 2300-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| GEORGE ADAMS AND CO. INS. AGCY LLC | 2300-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| CT CORPORATION | 2420-000 | NA | 380.00 | 380.00 | 380.00 |
| KWONG, GEORGE | 2420-000 | NA | 300.00 | 300.00 | 300.00 |
| WILSON, BRENDA | 2420-000 | NA | 105.00 | 105.00 | 105.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| YU, JIA | 2420-000 | NA | 90.00 | 90.00 | 90.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 650.32 | 650.32 | 650.32 |
| First National Bank - Vinita | 2600-000 | NA | 9,534.89 | 9,534.89 | 9,534.89 |
| JPMORGAN CHASE BANK - WIRE TRANSFER | 2600-000 | NA | 551.43 | 551.43 | 551.43 |
| DELAWARE DEPT OF STATE | 2820-000 | NA | 204.00 | 204.00 | 204.00 |
| MINNESOTA REVENUE | 2820-000 | NA | 92.00 | 92.00 | 92.00 |
| TENNESSEE DEPARTMENT OF REVENUE | 2820-000 | NA | 0.00 | 0.00 | 0.00 |
| TEXAS SEC. OF STATE | 2820-000 | NA | 0.00 | 0.00 | 40.00 |
| CAVAZOS HENDRICKS & POIROT, P.C. | 3210-000 | NA | 124,502.00 | 124,502.00 | 124,502.00 |
| CAVAZOS HENDRICKS & POIROT, P.C. | 3220-000 | NA | 8,245.47 | 8,245.47 | 8,245.47 |
| LAIN FAULKNER & CO., P.C. | 3410-000 | NA | 71,257.50 | 71,257.50 | 71,257.50 |
| LAIN FAULKNER & CO., P.C. | 3420-000 | NA | 497.99 | 497.99 | 497.99 |
| ROSEN SYSTEMS, INC. | 3610-000 | NA | 11,946.61 | 11,946.61 | 11,946.61 |
| ROSEN SYSTEMS, INC. | 3620-000 | NA | 9,099.00 | 9,099.00 | 9,099.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 369,391.34 | $ 369,391.34 | $ 369,431.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | See Schedule E-1 | | 750.94 | NA | NA | 0.00 |
| | See Schedule E-1 | | 16,772,968.14 | NA | NA | 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | 8,146.18 | 8,146.18 |
| 29P | JAMES SPISAK | 5300-000 | NA | 12,475.00 | 12,475.00 | 8,401.91 |
| 30 | JAMES SPISAK | 5300-000 | NA | 0.00 | 0.00 | 0.00 |
| 28P | PAUL K. MASSEY | 5300-000 | NA | 12,475.00 | 12,475.00 | 8,401.91 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25P | QUANTUM MARKETING, INC. | 5300-000 | NA | 12,475.00 | 12,475.00 | 12,475.00 |
|  | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 84.00 | 84.00 |
| 35P | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,150,410.17 | 1,150,410.17 | 314,271.46 |
| AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | 1,908.68 | 1,908.68 |
| 32P | TENNESSEE DEPARTMENT OF REVENUE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| AUTO | TEXAS WORKFORCE COMMISSION | 5800-000 | NA | NA | 486.00 | 486.00 |
| 24 | U.S. CUSTOMS AND BORDER PROTECTION | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ 16,773,719.08 | $ 1,198,376.03 | $ 1,198,460.03 | $ 354,175.14 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | See Exhibit F-1 |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | See Exhibit F-1 | | 0.00 | NA | NA | 0.00 |
| | See Exhibit F-1 | | 134,763.09 | NA | NA | 0.00 |
| 14 | ABRISA INDUSTRIAL GLASS INC | 7100-000 | NA | 3,001.68 | 3,001.68 | 0.00 |
| 38 | AKIN GUMP STRAUSS HAUER & FELD LLP | 7100-000 | NA | 238,337.80 | 238,337.80 | 0.00 |
| 21 | ARROW ELECTRONICS, INC. | 7100-000 | NA | 30,210.40 | 30,210.40 | 0.00 |
| 23 | AVNET, INC. | 7100-000 | NA | 2,178.44 | 2,178.44 | 0.00 |
| 15 | BRANCH BANKING & TRUST COMPANY | 7100-000 | NA | 57,406.85 | 57,406.85 | 0.00 |
| 16 | BRANCH BANKING & TRUST COMPANY | 7100-000 | NA | 3,037.02 | 3,037.02 | 0.00 |
| 13 | CIRQUE CORPORATION | 7100-000 | NA | 6,520.00 | 6,520.00 | 0.00 |
| 10 | DIGI-KEY CORPORATION | 7100-000 | NA | 578.55 | 578.55 | 0.00 |
| 04 | EUROPTEC USA INC. | 7100-000 | NA | 16,900.00 | 16,900.00 | 0.00 |
| 05 | EUROPTEC USA INC. | 7100-000 | NA | 16,900.00 | 16,900.00 | 0.00 |
| 27 | FEDEX TECHCONNECT, INC. | 7100-000 | NA | 5,315.12 | 5,315.12 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | INTELINET SYSTEMS | 7100-000 | NA | 275.82 | 275.82 | 0.00 |
| 12 | INTELINET SYSTEMS | 7100-000 | NA | 275.82 | 275.82 | 0.00 |
| 35U | INTERNAL REVENUE SERVICE | 7100-000 | NA | 11,521,488.00 | 11,521,488.00 | 0.00 |
| 29U | JAMES SPISAK | 7100-000 | NA | 165,413.52 | 165,413.52 | 0.00 |
| 09 | JOHN WILEY & SONS INC | 7100-000 | NA | 1,857.25 | 1,857.25 | 0.00 |
| 39 | JOHNSON OUTDOORS MARINE ELECTRONICS | 7100-000 | NA | 491,782.00 | 491,782.00 | 0.00 |
| 02 | LEVEL 3 COMMUNICATIONS, LLC | 7100-000 | NA | 393.10 | 393.10 | 0.00 |
| 34 | LIQUID LOGIC, LLC | 7100-000 | NA | 12,595.00 | 12,595.00 | 0.00 |
| 20 | MAGNOLIA ADVANCED MATERIALS, INC. | 7100-000 | NA | 21,116.78 | 21,116.78 | 0.00 |
| 41 | MICROCHIP TECHNOLOGY IRELAND | 7100-000 | NA | 31,435.76 | 31,435.76 | 0.00 |
| 36 | ORACLE AMERICA, INC. | 7100-000 | NA | 1,752.03 | 1,752.03 | 0.00 |
| 28U | PAUL K. MASSEY | 7100-000 | NA | 158,825.00 | 158,825.00 | 0.00 |
| 40 | PHILIPS HEALTHCARE | 7100-000 | NA | 5,100,000.00 | 5,100,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 33 | PROMATE SOLUTION CORPORATION | 7100-000 | NA | 9,250.00 | 9,250.00 | 0.00 |
| 25U | QUANTUM MARKETING, INC. | 7100-000 | NA | 36,591.43 | 36,591.43 | 0.00 |
| 37 | QUARZ AG | 7100-000 | NA | 4,845.74 | 4,845.74 | 0.00 |
| 06 | ROBERT CARDWELL DESIGN | 7100-000 | NA | 5,953.76 | 5,953.76 | 0.00 |
| 08 | ROCHESTER ELECTRONICS LLC | 7100-000 | NA | 429.00 | 429.00 | 0.00 |
| 07 | SOONEST EXPRESS INC. | 7100-000 | NA | 6,437.34 | 6,437.34 | 0.00 |
| 03 | SY KESSLER SALES INC. | 7100-000 | NA | 1,179.00 | 1,179.00 | 0.00 |
| 32U | TENNESSEE DEPARTMENT OF REVENUE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 19 | UBM LLC DBA UBM TECH | 7100-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| 26 | WKK TECHNOLOGY LIMITED | 7100-000 | NA | 40,085.64 | 40,085.64 | 0.00 |
| 18 | HICKS HOLDINGS OPERATING, LLC | 7100-900 | NA | 901,241.86 | 901,241.86 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 134,763.09 | $ 18,895,609.71 | $ 18,895,609.71 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 14-35493  BJH  Judge: Barbara J. Houser | Trustee Name: James W. Cunningham, Trustee |
| Case Name: OCULAR LCD, INC. | Date Filed (f) or Converted (c): 11/12/14 (f) |
| | 341(a) Meeting Date: 12/23/14 |
| For Period Ending: 04/03/18 | Claims Bar Date: 03/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash | 58.03 | 0.00 | | 0.00 | FA |
| 2. Master Account No. 478172419 | 426,767.15 | 426,767.15 | | 426,767.15 | FA |
| - Recovery over scheduled balance represents AR deposits received after schedules created | | | | | |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| 3. Operation Account No. 478172435 | 730.65 | 0.00 | | 0.00 | FA |
| - Balance swept to Master Account | | | | | |
| - Account closed | | | | | |
| 4. Payroll Account No. 478172427 | 0.00 | 0.00 | | 0.00 | FA |
| - Account closed | | | | | |
| 5. Savings Account No. 304057443 | 0.00 | 1.11 | | 1.11 | FA |
| - Account closed | | | | | |
| 6. Deposit - One Month Office Rent | 19,560.22 | 0.00 | | 0.00 | FA |
| - Valid offset by landlord | | | | | |
| 7. Deposit - Trade Show | 17,800.00 | 0.00 | | 0.00 | FA |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| - Uncollectible per testimony at 341 meeting | | | | | |
| 8. 100% of Ocular Group Holding Company | Unknown | 0.00 | | 0.00 | FA |
| - Incorporated, Port Louis, Mauritius | | | | | |
| - No net value to estate | | | | | |
| 9. Accounts Receivable | 3,057,954.10 | 2,384,368.06 | | 2,384,368.06 | FA |
| - $699K due from Ocular China and Ocular HK deemed uncollectible | | | | | |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| 10. Office Equip, Furnishings and Supplies | 192,718.97 | 138,912.74 | | 138,912.74 | FA |
| - Sold at Auction per 1/9/2015 Order # 52 | | | | | |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| - Order #123 abandons Promotional Exhibit | | | | | |
| 11. Inventory (in transit) | 227,208.78 | 170,085.35 | | 170,085.35 | FA |
| - Sold to United Technologies per 11/24/14 Order docket 27 | | | | | |
| - Subject to valid lien - HHEP-Ocular, LP | | | | | |
| - Carve out for estate per 1/23/15 order #55 | | | | | |
| 12. Inventory (samples) | 135,851.17 | 0.00 | | 0.00 | FA |
| - See # 10 above, included in Auction Sale Proceeds | | | | | |
| 13. Inventory (waiting shipment in Hong Kong) | 209,253.52 | 0.00 | | 0.00 | FA |
| - Ocular China Co., Ltd. (China) and ODS (HK) Limited (Hong Kong) claim that inventory in Hong Kong and China not owned by debtor until payment received. | | | | | |
| - China and HK have sold inventory to pay expenses at | | | | | |

PFORM1

Ver: 20.00g

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 14-35493 | BJH | Judge: Barbara J. Houser |
| --- | --- | --- | --- |
| Case Name: | OCULAR LCD, INC. | | |

Trustee Name:   James W. Cunningham, Trustee
Date Filed (f) or Converted (c):   11/12/14 (f)
341(a) Meeting Date:   12/23/14
Claims Bar Date:   03/27/15

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| their locations<br>- No value to Ocular LCD bankruptcy estate | | | | | |
| 14. Inventory (in consignment)<br>- Sold to United Technologies per 11/24/14 Order docket 27<br>- Subject to valid lien - HHEP-Ocular, LP<br>- Carve out for estate per 1/23/15 order #55 | 325,311.65 | 325,311.65 | | 325,311.65 | FA |
| 15. Refunds (u)<br>- Subject to valid lien - HHEP-Ocular, LP<br>- Carve out for estate per 1/23/15 order #55 | 0.00 | 1,441.34 | | 18,256.98 | FA |

TOTALS (Excluding Unknown Values)       $4,613,214.24       $3,446,887.40       $3,463,703.04

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/12/15       Current Projected Date of Final Report (TFR): 11/12/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-35493 -BJH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1473 Checking Account |
| Taxpayer ID No: | *******4450 | | |
| For Period Ending: | 04/03/18 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 11/20/14 | 9 | Intercomp USA, Inc. # 327739 | Accounts Receivable | 13,200.00 | | 13,200.00 |
| 11/20/14 | 9 | Hitachi # 300636 | Accounts Receivable | 41,272.00 | | 54,472.00 |
| 11/24/14 | 9 | Verathon # 243024 | Accounts Receivable | 18,970.51 | | 73,442.51 |
| 12/03/14 | 11, 14 | United Technologoes Co. Wire Transfer 12/2/14 | Sale per 11/24/14 Order | 495,397.00 | | 568,839.51 |
| 12/03/14 | 9 | Robertshaw # 40000942 | Accounts Receivable | 3,100.00 | | 571,939.51 |
| 12/03/14 | 9 | 3M # 1000664277 | Accounts Receivable | 11,000.00 | | 582,939.51 |
| 12/04/14 | 001001 | George Kwong 126 Devenshire Dr. Murphy, TX 75094 | Adm Pymt per L.B.R. 2015-1 5 hrs IT work @ $40 on 11/21 at Debtor office | | 200.00 | 582,739.51 |
| 12/04/14 | 001002 | Brenda Wilson 433 E Polk Street #B Richardson, TX. 75081 | Adm Pymt per L.B.R. 2015-1 3.5 hrs @ $30 on 11/21 at Debtor office | | 105.00 | 582,634.51 |
| 12/04/14 | 001003 | Jia Yu 1713 Mineral Springs Dr Allen, TX 75002 | Adm Pymt per L.B.R. 2015-1 3 hrs @ $30 on 11/21 at Debtor office | | 90.00 | 582,544.51 |
| 12/05/14 | 2, 9 | Chase Bank C Ck 4555359639 | Bank Acct Turnover | 741,245.43 | | 1,323,789.94 |
| 12/05/14 | 5 | Chase Bank C.Ck 4555359637 | Bank Acct Turnover | 1.11 | | 1,323,791.05 |
| 12/05/14 | 9 | Kidde Safety # 255135 | Accounts Receivable | 37,905.00 | | 1,361,696.05 |
| 12/05/14 | | First National Bank - Vinita | BANK SERVICE FEE | | 22.55 | 1,361,673.50 |
| 12/08/14 | 001004 | George Kwong 126 Devenshire Dr. Murphy, TX 75094 | Adm Pymt per L.B.R. 2015-1 2.5 hrs - 11/18 and 12/2 | | 100.00 | 1,361,573.50 |
| 12/15/14 | 9 | Johnson Outdoors # 6039363 | Accounts Receivable | 357,376.38 | | 1,718,949.88 |
| 12/15/14 | 001005 | Geaorge Adams and Co Ins Agcy, LLC 4501 Cartwright Road Suite 402 Missouri City, TX 77459 | Ch 7 Bond | | 3,000.00 | 1,715,949.88 |
| 12/19/14 | 9 | Kidde Safety / Walter Kidde #255646 | Accounts Receivable | 22,641.92 | | 1,738,591.80 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-35493 -BJH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1473 Checking Account |
| Taxpayer ID No: | *******4450 | | |
| For Period Ending: | 04/03/18 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/24/14 | 9 | American Board Assembly # 67297 | Accounts Receivable | 4,682.40 | | 1,743,274.20 |
| 12/24/14 | 9 | Medco # 1022 | Accounts Receivable | 8,140.00 | | 1,751,414.20 |
| 12/24/14 | 15 | TX Comptroller #132168718 | Refund | 1,441.34 | | 1,752,855.54 |
| 01/08/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 1,446.26 | 1,751,409.28 |
| 01/26/15 | 9 | Johnson Outdoors # 6039745 | Accounts Receivable | 130,923.02 | | 1,882,332.30 |
| 01/26/15 | 001006 | HHEP-Ocular, L.P.<br>c/o Tim Springer<br>FULBRIGHT & JAWORSKI, LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 | Secured Lender Pymnt per 1/23 Order | | 750,000.00 | 1,132,332.30 |
| 02/06/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 1,800.67 | 1,130,531.63 |
| 02/16/15 | 001007 | HHEP-Ocular, L.P.<br>c/o Tim Springer<br>Fulbright & Jaworski LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784 | Secured Lender per 1/23/15 Order | | 500,000.00 | 630,531.63 |
| 03/03/15 | 9 | AMX # 97536 | Accounts Receivable | 30,000.00 | | 660,531.63 |
| 03/06/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 1,127.86 | 659,403.77 |
| 03/13/15 | 9 | Esterline #258423 | Accounts Receivable | 7,584.98 | | 666,988.75 |
| 03/20/15 | 9 | Future Electronique, Inc. # 125 | Accounts Receivable | 333.74 | | 667,322.49 |
| 03/20/15 | 9 | EF Johnson # 157770 | Accounts Receivable | 28,092.00 | | 695,414.49 |
| 04/07/15 | | First National Bank - Vinita | Bank Service Fee | | 834.86 | 694,579.63 |
| 04/15/15 | 10 | Johnson Outdoors # 6040751 | Sale per ---- Order | 7,500.00 | | 702,079.63 |
| 04/16/15 | 9 | UTC Fire & Security # 835263 | Accounts Receivable | 286,441.37 | | 988,521.00 |
| 04/16/15 | 9 | UTC Fire & Security # 835262 | Accounts Receivable | 11,144.58 | | 999,665.58 |
| 04/17/15 | 9 | Honeywell # 23904 | Accounts Receivable | 44,642.59 | | 1,044,308.17 |
| 05/08/15 | | Transfer from Acct #*******1539 | Bank Funds Transfer | 99,508.60 | | 1,143,816.77 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 14-35493 -BJH | | Trustee Name: | James W. Cunningham, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | OCULAR LCD, INC. | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1473 Checking Account |
| Taxpayer ID No: | *******4450 | | | |
| For Period Ending: | 04/03/18 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/15 | 001008 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Secured Lender per 1/23/15 Order | | 500,000.00 | 643,816.77 |
| 05/08/15 | | First National Bank - Vinita | Bank Service Fee | | 983.17 | 642,833.60 |
| 05/14/15 | 001009 | Rosen Systems, Inc.<br>2323 Langford Street<br>Dallas, TX 75208 | Auctioneer Exp per 5/12/15 Order | | 9,099.00 | 633,734.60 |
| 06/05/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 877.36 | 632,857.24 |
| 06/27/15 | 001010 | Cavazos Hendricks Poirot & Smitham P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX 75202 | Atty Fees per 6/19 order docket 111 | | 94,360.00 | 538,497.24 |
| 06/27/15 | 001011 | Cavazos Hendricks Poirot & Smitham P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX 75202 | Atty Exp per 6/19 order docket 1 | | 5,558.82 | 532,938.42 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | | 650.32 | 532,288.10 |
| 07/27/15 | 9 | Sanmina Corp - Wire Transfer | Accounts Receivable - WT of 7/23 | 19,286.56 | | 551,574.66 |
| 07/29/15 | 9 | JPMorgan Chase Bank - Wire Transfer<br>JPMORGAN CHASE BANK - WIRE TRANSFER<br>JPMORGAN CHASE BANK - WIRE TRANSFER | Accounts Receivable<br>  Memo Amount:        993,152.73<br>Accounts Receivable<br>  Memo Amount:    (      551.43 )<br>Service Charges - Total per Schedue | 992,601.30 | | 1,544,175.96 |
| 07/29/15 | 001012 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Secured Lender per 1/23/15 Order | | 750,000.00 | 794,175.96 |
| 08/07/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 707.15 | 793,468.81 |
| 09/08/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 919.58 | 792,549.23 |
| 09/11/15 | 001013 | Minnesota Revenue<br>Mail Statino 1250<br>St. Paul, MN 55145-1250 | MN ID 2941439 Tax Yr 12-31-14<br>paymnet per L.B.R. 2015-1 | | 92.00 | 792,457.23 |
| 09/24/15 | 15 | Chubb Fed Insurance Co #35765 | Refund | 4,813.50 | | 797,270.73 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 14-35493 -BJH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1473  Checking Account |
| Taxpayer ID No: | *******4450 | | |
| For Period Ending: | 04/03/18 | Blanket Bond (per case limit): | $  300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | First National Bank - Vinita | BANK SERVICE FEE | | 815.43 | 796,455.30 |
| 10/08/15 | 001014 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Final Secured Lender Payment<br>per 1/23/2015 Order | | 211,360.72 | 585,094.58 |
| 10/22/15 | 15 | Munick Wilson Mandala #2823 | Atty Refund re Intellect Prop | 566.50 | | 585,661.08 |
| 10/22/15 | 001015 | George Adams & Co., Ins Agency LLC | Ch 7 Bond Renewal | | 1,600.00 | 584,061.08 |
| 12/03/15 | 001016 | Lain, Faulkner & Co., P.C.<br>400 N. St. Paul, Suite 600<br>Dallas, TX  75201 | Acct Fees per 11/25/15 Order | | 71,257.50 | 512,803.58 |
| 12/03/15 | 001017 | Lain, Faulkner & Co., P.C.<br>400 N. St. Paul, Suite 600<br>Dallas, TX  75201 | Acct Exp per 11/25/15 Order | | 497.99 | 512,305.59 |
| 12/03/15 | 001018 | Cavazos Hendricks Poirot & Smitham  P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX  75202 | Atty Fees per 11/25/15 Order | | 30,142.00 | 482,163.59 |
| 12/03/15 | 001019 | Cavazos Hendricks Poirot & Smitham  P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX  75202 | Atty Exp per 11/25/15 Order | | 2,686.65 | 479,476.94 |
| 12/21/15 | 15 | State of Tennessee # 48493158 | Franch Tax Refund | 462.75 | | 479,939.69 |
| 01/11/16 | 001020 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX  75214-3451 | Chapter 7 Compensation/Fees | | 126,815.36 | 353,124.33 |
| 01/11/16 | 001021 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX  75214-3451 | Chapter 7 Expenses | | 140.20 | 352,984.13 |
| * 01/11/16 | 001022 | Texas Sec. of State<br> P.O. Box 13697<br>Austin, Texas 78711-3697 | Other State or Local Taxes (post-pe | | 40.00 | 352,944.13 |
| 01/11/16 | 001023 | Delaware Dept of State<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Other State or Local Taxes (post-pe | | 204.00 | 352,740.13 |

PFORM2  **UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 14-35493 -BJH | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1473  Checking Account |
| Taxpayer ID No: | *******4450 | | | |
| For Period Ending: | 04/03/18 | | Blanket Bond (per case limit): | $  300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/16 | 001024 | Paul K. Massey<br>3611 Moroney Dr<br>Richardson, TX 75082-2646 | Claim 28P, Payment 100.00000% | | 8,401.91 | 344,338.22 |
| 01/11/16 | 001025 | James Spisak<br>6109 Eagle Nest Dr<br>Garland, TX 75044 | Claim 29P, Payment 100.00000% | | 8,401.91 | 335,936.31 |
| 01/11/16 | 001026 | Quantum Marketing, Inc.<br>Jeff Shaner<br>3029 Lattyes Lane<br>Raleigh, NC 27613 | Claim 25P, Payment 100.00000%<br>Acct **** 2121 | | 12,475.00 | 323,461.31 |
| 01/11/16 | 001027 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | | 1,546.90 | 321,914.41 |
| 01/11/16 | 001028 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | | 6,237.50 | 315,676.91 |
| 01/11/16 | 001029 | INTERNAL REVENUE SERVICE | MEDICARE | | 361.78 | 315,315.13 |
| 01/11/16 | 001030 | INTERNAL REVENUE SERVICE | MATCHING SOCIAL SECURITY | | 1,546.90 | 313,768.23 |
| * 01/11/16 | 001031 | INTERNAL REVENUE SERVICE | FED UNEMPLOY TAX | | 873.26 | 312,894.97 |
| 01/11/16 | 001032 | INTERNAL REVENUE SERVICE | MATCHING MEDICARE | | 361.78 | 312,533.19 |
| 01/11/16 | 001033 | Texas Workforce Commission<br>Tax Dept. Collection Section<br>Bankruptcy Room 556-A<br>Austin, TX      78778-0001 | TEXAS WORFORCE COMMISSION | | 486.00 | 312,047.19 |
| 01/11/16 | 001034 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 35P, Payment 27.12486% | | 312,047.19 | 0.00 |
| * 01/22/16 | 001031 | INTERNAL REVENUE SERVICE | FED UNEMPLOY TAX<br>Acct Initial Estimate Incorrect - | | -873.26 | 873.26 |
| 01/22/16 | 001035 | INTERNAL REVENUE SERVICE | FED UNEMPLOY TAX<br>EIN # 75-2314450 | | 84.00 | 789.26 |
| 06/27/16 | 15 | G Adams Ins Agency #10986 | Bond Refund | 37.00 | | 826.26 |
| * 01/24/17 | 001022 | Texas Sec. of State<br> P.O. Box 13697<br>Austin, Texas 78711-3697 | Other State or Local Taxes (post-pe<br>Stale Check | | -40.00 | 866.26 |

PFORM2  **UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 14-35493 -BJH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1473 Checking Account |
| Taxpayer ID No: | *******4450 | | |
| For Period Ending: | 04/03/18 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/05/17 | 001036 | Texas Sec. of State<br>P.O. Box 13697<br>Austin, Texas 78711-3697 | Other State or Local Taxes (post-pe | | 40.00 | 826.26 |
| 11/16/17 | 15 | Regehr v Greystar # 204986 | Class action settlement | 13.65 | | 839.91 |
| 11/16/17 | 15 | Regehr v Greystar # 157460 | Class action settlement | 13.65 | | 853.56 |
| 11/27/17 | 15 | State of Delaware #1371566 | Franchise Tax Refund | 10,908.59 | | 11,762.15 |
| 11/28/17 | 001037 | HHEP-Ocular, L.P.<br>c/o Timothy Springer<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Secured Lender per 1/23/15 Order<br>80% of additional 10,972.89 estate receipts | | 8,778.31 | 2,983.84 |
| 01/19/18 | 001038 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX 75214-3451 | Chapter 7 Compensation/Fees | | 329.19 | 2,654.65 |
| 01/19/18 | 001039 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX 75214-3451 | Chapter 7 Expenses | | 50.38 | 2,604.27 |
| 01/19/18 | 001040 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Costs to Secure/Maintain Property (<br>Inv 16921708-RI | | 380.00 | 2,224.27 |
| 01/19/18 | 001041 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 35P, Payment 0.19335% | | 2,224.27 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 14-35493 -BJH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | OCULAR LCD, INC. | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1539  Checking - Auction Proceeds |
| Taxpayer ID No: | *******4450 | | |
| For Period Ending: | 04/03/18 | Blanket Bond (per case limit): | $  300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 02/09/15 | 10 | Rosen Systems Inc # 4265<br>ROSEN SYSTEMS INC # 4265<br><br>ROSEN SYSTEMS, INC. | Auction Sale Proceeds<br>    Memo Amount:          131,412.74<br>Auction Sale Proceeds<br>    Memo Amount:     (      11,946.61 )<br>Auctioneer Fee | 119,466.13 | | 119,466.13 |
| 03/24/15 | 006001 | Dallas County<br>c/o Sherrel K Knighton<br>Linebarger Goggan Blair & Sampson,LLP<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, Tx 75207 | Secured Tax Claim Pymt per Order 78 | | 10,505.90 | 108,960.23 |
| 03/24/15 | 006002 | Richardson ISD<br>c/o Perdue Brandon Fielder et al<br>500 E Border St, Ste 640<br>Arlington, TX 76010 | Secured Tax Claim Pymt per Order 78 | | 9,451.63 | 99,508.60 |
| 05/08/15 | | Transfer to Acct #*******1473 | Bank Funds Transfer | | 99,508.60 | 0.00 |

**Total Of All Accounts**       **0.00**